IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE, GDC # 758572, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19-CV-804-WHA |
| | ) | [WO] |
| GEORGIA DISTRICT COURT and | ) | |
| 11th CIRCUIT COURT OF APPEAL, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

The Magistrate Judge has entered a Recommendation that Petitioner Daniel Eric Cobble's 28 U.S.C. § 2254 petition be dismissed because this court is without jurisdiction to consider Cobble's challenge to his conviction entered by a Georgia state court and the interest of justice does not warrant a § 1631 transfer to a federal district court in Georgia. (Doc. # 5.) Cobble has filed Objections. (Doc. # 6.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) Cobble's Objections (Doc. # 6) are OVERRULED;

(2) The Recommendation (Doc. # 5) is ADOPTED; and

(3) Cobble's 28 U.S.C. § 2254 petition is DISMISSED.

Final judgment will be entered separately.

DONE this 8th day of November, 2019.

    /s/ W. Harold Albritton III
W. HAROLD ALBRITTON III
SENIOR UNITED STATES DISTRICT JUDGE